IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00020-M

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BUFFI JOHNSON, | |
| Defendant. | |

This matter comes before the court on the Defendant's unopposed Motion to Receive Defendant's Objections to the Draft PSR as Timely [DE 27]. Neither the motion nor the certificate of service is signed as required by Rule 49(b)(4) of the Federal Rules of Criminal Procedure[1]; accordingly, the motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 15th day of July, 2024.

RICHARD E. MYERS II
Chief United States District Judge

---

[1] Rule 49(b)(4) states in pertinent part: "Every written motion and other paper must be signed by at least one attorney of record in the attorney's name — or by a person filing a paper if the person is not represented by an attorney."