IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00020-M

UNITED STATES OF AMERICA

v.

BUFFI JOHNSON,

Defendant.

ORDER

This matter comes before the court on the Defendant's renewed unopposed Motion to Receive Defendant's Objections to the Draft PSR as Timely [DE 29]. The motion is GRANTED, and the court accepts as timely Defendant's objections to the draft presentence investigation report (*see* DE 26).

SO ORDERED this 22d day of July, 2024.

RICHARD E. MYERS II
Chief United States District Judge